IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:15-cr-85-FDW |
| v. | ) | |
| RYAN CLARK TUCKER | ) | **ORDER** |

This matter is before the Court on the Motion of the United States of America to dismiss the charges against Defendant Ryan Clark Tucker in the Bill of Information in the above-captioned case.

It is hereby ordered that the motion be GRANTED and the charges against Defendant Ryan Clark Tucker in the above-captioned Bill of Information be dismissed without prejudice.

SO ORDERED.

_____
Frank D. Whitney
Chief United States District Judge